EAST BROOKLYN SAVINGS BANK, Appellant, *v.* HICKMAN REALTY CORP. et al., Respondents, et al., Defendants.

Argued April 15, 1948; decided May 20, 1948.

*Francis A. Devin* for appellant.
*Morway Picket* and *Daniel Secunda* for respondents.

Appeal dismissed, without costs, upon the ground that the order does not finally determine an action or special proceeding within the meaning of the Constitution; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.